Johnnie **GILBERT**, Horace Walters, Andrew Lockhart, and Billy O'Donald, Appellants/Cross-appellees,

v.

The **CITY OF LITTLE ROCK, ARKANSAS**; The Civil Service Commission of the City of Little Rock, Arkansas; Walter E. "Sonny" Simpson, individually and in his official capacity as Chief of Police of the City of Little Rock, Arkansas; and Carlton E. McMullin, individually and in his official capacity as City Manager of the City of Little Rock, Arkansas, Appellees/Cross-appellants,

Julius Bryant, Jack Matlock, Mixie Alexander, Jesse Briscoe, Grady Anthony, Marcella Wilson, and Larry Bazzelle, Intervenors–Below.

Nos. 87–2128, 87–2189.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 8, 1988.

Decided Jan. 27, 1989.

Before LAY, Chief Judge, HEANEY,[*] McMILLIAN, ARNOLD, JOHN R. GIBSON, FAGG, BOWMAN, WOLLMAN, MAGILL, and BEAM, Circuit Judges, en banc.

PER CURIAM.

The order of the district court[1] awarding appellants expert witness fees as expenses under 42 U.S.C. § 1988 at the statutory rate of $30 per day, 28 U.S.C. § 1821, for a total award of $900.00,[2] is affirmed by the

---

[*] The HONORABLE GERALD W. HEANEY assumed senior status on January 1, 1989.

**1.** The Honorable Elsijane T. Roy, United States District Judge for the Eastern District of Arkansas.

**2.** *Gilbert v. City of Little Rock*, No. LR–C–78–340, slip op. at 9–10 (E.D.Ark. Aug. 7, 1987) (order), *citing Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 107 S.Ct. 2494, 96 L.Ed.2d 385 (1987).

vote of an equally divided court.

The remaining issues are remanded to the original panel for decision.